AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| STONEY WILLIAM AULT | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:10CV36 |
| WEXFORD HEALTH SOURCES, Inc., et al | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   John P. Bailey.   Magistrate Seibert's Report and Reco   mmendation is   accepted and Plaintiff's Complaint is dismissed without prejudice and this case is stricken from the docket. Judgment is entered for the Defendants.

Date:   Aug 16, 2010

CLERK OF COURT

C. Daniels

*Signature of Clerk or Deputy Clerk*